E-FILED
Thursday, 06 July, 2017  10:52:41 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

**BRANDI HUBBARD,**
**SHERLYN HUFFMAN,**
**REBECCA BEAVER** and **HOLLY JIMENEZ**, Individually, and on behalf of others similarly situated,

     Plaintiffs,

v.

**DOLGENCORP, LLC,**
**DOLLAR GENRAL CORP.,** and
**DG RETAIL, LLC.**

     Defendants,

Case No. 2:17-cv-02102-CSB-EIL

**RULE 23 C LASS ACTION AND**
**FLSA COLLECTIVE ACTION**

**JURY TRIAL DEMANDED**

### CONSENT ORDER TO TRANSFER VENUE

COME NOW the parties and announce to the Court that they have reached a resolution regarding Defendants' Motion to Transfer Venue.  Plaintiffs do not oppose the Defendants' Motion to Transfer Venue to the Western District of Tennessee.  Accordingly, the parties jointly consent to a transfer of venue in this action to the United States District Court for the Western District of Tennessee.

Therefore, it is ordered that venue in this case is transferred to the United States District Court for the Western District of Tennessee where the case was originally filed.

      IT IS SO ORDERED

      s/ Colin S. Bruce
      ———————————————
      UNITED STATES DISTRICT COURT JUDGE

1

Approved by:

/s/ Gordon E. Jackson
Gordon E. Jackson (TN BPR #8323)
J. Russ Bryant (TN BPR #33830)
**JACKSON, SHIELDS, YEISER, & HOLT**
262 German Oak Dr.
Memphis, TN 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*rbryant@jsyc.com*

**ATTORNEYS FOR PLAINTIFFS**

/s/Joel S. Allen
Joel S. Allen (Lead Counsel)
Texas Bar No. 00795069
Email: jallen@mcguirewoods.com
Melissa M. Hensley
Texas Bar No. 00792578
Email: mhensley@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, a copy of the foregoing Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/Gordon E. Jackson
Gordon E. Jackson